IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: BILLY JOE BROWN, JR., | * | |
| | * | |
| Debtor, | * | CHAPTER 13 |
| Plaintiff, | * | CASE NO. 09-12820-13 |
| v. | * | |
| | * | ADVERSARY PROCEEDING |
| AMERICAN HOME MORTGAGE | * | |
| SERVICING, Inc. | * | NUMBER: AP _____ |
| | * | |
| Defendant. | * | |

**COMPLAINT**

COMES now the debtor, as Plaintiff, in this adversary proceeding and states a claim for relief as follows:

1. This Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. Sec. 1334.

2. This Proceeding to determine the value, extent and validity of a lien is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K).

3. The defendant is a claimant in the above-styled case having filed a secured claim #1 in the amount of $154,426.14.

4. The plaintiff believes that said claim filed on behalf of the defendant should be bifurcated because the value of the property of the subject property is only $110,000.00.

5. Any claim amount above $110,000.00 is unsecured.

WHEREFORE, the plaintiff prays that this Court will determine that this defendant's claim, filed in the amount of $154,426.14, be allowed as a secured claim up to $110,000.00 and unsecured for $44,426.14. Plaintiff prays for such further and different relief as may be appropriate and cost.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Billy Joe Brown, Jr.
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL 36533-0969
Telephone: 251-990-5558
Facsimile: 251-990-0626
epunderwood@alalaw.com