B 250A
(8/96)

# United States Bankruptcy Court

_____SOUTHERN_____ District Of___ALABAMA_____

**In re** __BILLY JOE BROWN, JR._____, )
                                Debtor          )   Case No. 09-12820
                                                )
                                                )   Chapter __13_____
      __BILLY JOE BROWN, JR._____, )
                                Plaintiff       )
                                                )
              v.                                )
      __AMERICAN HOME MORTGAGE SERVICING__, )   Adv. Proc. No. _____
                                Defendant       )


### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court |
|---|---|
| | Southern District of Alabama |
| | 201 St. Louis Street |
| | Mobile, AL 36602 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| EARL P. UNDERWOOD, JR., P.O. BOX 969 |
| FAIRHOPE, AL 36533-0969 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
                                  _Clerk of the Bankruptcy Court_

                                  By:_____
_____
          Date                                  Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_____ by:
(date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                                                                    Signature

| Print Name |
| --- |
| Business Address |
| City                    State                    Zip |