Form sumntctrad.jsp 07/08

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

In Re: Billy Joe Brown
Debtor

Case No.: 09–12820

Billy Joe Brown Jr.
Plaintiff

v.

Adv. Proc. No. 09–01091

American Home Mortgage Servicing, Inc.
Defendant

---

### SUMMONS AND NOTICE OF TRIAL
### IN AN ADVERSARY PROCEEDING

---

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

   Address of Clerk:           United States Bankruptcy Court
                                   201 St. Louis Street
                                   Mobile, AL 36602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

   Name and Address of Plaintiff's Attorney:   Earl P. Underwood, Jr.
                                                 Post Office Box 969
                                                 Fairhope AL 36533–0969

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address: United States Bankruptcy Court          Date: December 15, 2009
         201 St. Louis Street                            Time: 10:00 a.m.
         Mobile AL 36602                                Courtroom: 1

***IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT***.

Dated: 9/15/09

                                                      LEONARD N. MALDONADO , Clerk
                                                      U. S. Bankruptcy Court

                                                      SS
                                                      Deputy Clerk Initials