IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: BILLY JOE BROWN, JR.,<br><br>**Debtor**<br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN HOME MORTGAGE SERVICING, Inc.**<br><br>**Defendant.** | CHAPTER 13<br>CASE NO: 09-12820-WSS-13<br><br>ADVERSARY PROCEEDING<br><br>NUMBER: AP 09-01091 |

## MOTION TO ALLOW COUNSEL TO APPEAR BY PHONE FOR HEARING ON MOTION TO DISMISS

Comes now the undersigned, as attorney of record for American Home Mortgage Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificate holders for Asset-Backed Pass-Through Certificates, Series 2003 ("Movant") and requests that Movant's attorney be allowed to appear telephonically for the hearing on the Motion to Dismiss set on Monday, December 14, 2009 and as grounds therefore, states as follows:

1. Debtor/Plaintiff's counsel has no objection to a telephonic appearance.
2. That the Movant does not anticipate a lengthy argument.
3. That the undersigned attorney is in Birmingham, and that such telephonic appearance is in the interest of economy and would not cause a detriment to Debtor.

WHEREFORE, your movant prays for an order from this court allowing the undersigned to appear by phone for the hearing on the Motion to Dismiss.

Dated this 7th day of December, 2009.

/s/ Edith S. Pickett
Edith S. Pickett, Attorney
for American Home Mortgage Servicing, Inc

OF COUNSEL:
SHAPIRO & PICKETT, L.L.P.
651 Beacon Parkway West, Suite 115
Birmingham, Alabama 35209
(205) 332-7757
(205) 241-5180 (direct)
09-008914

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of December 2009 served a copy of the foregoing pleading upon the persons listed below by placing the same in the United States Mail, properly addressed and first class postage prepaid.

Earl Underwood, Jr
21 South Section Street
Fair Hope, AL 36532

/s/ Edith S. Pickett
Edith S. Pickett, Attorney

**"THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS NOTICE IS REQUIRED BY THE PROVISIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT AND DOES NOT IMPLY THAT WE ARE ATTEMPTING TO COLLECT MONEY FROM ANYONE WHO HAS DISCHARGED THE DEBT UNDER THE BANKRUPTCY LAWS OF THE UNITED STATES."**